UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **T-M VACUUM PRODUCTS, INC.** | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. H-07-4108** |
| V | § | **JURY** |
| | § | |
| | § | |
| **TAISC, INC. D/b/a GLOBAL** | | |
| **LEASE SOLUTIONS** | § | |
| **Defendants** | § | |

## CERTIFICATE OF THE FINANCIALLY INTERESTED

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities are financially interested in the outcome of this litigation:

John B. Berry,
4265 San Felipe, Suite 1100
Houston TX 77027


Thomas G. Bousquet
Bousquet & Jackson, P.C.
9225 Katy Freeway, Suite 103
Houston, TX 77024

TAISC, Inc.



T-M VACUUM PRODUCTS, INC.



    /s/ Thomas G. Bousquet
THOMAS G. BOUSQUET

## **CERTIFICATE OF SERVICE**

     A true and correct copy of the foregoing instrument was forwarded to all counsel of record by certified mail, return receipt requested on this the ___8th_ day of __January____, 2008, and the original was promptly filed with the Clerk of the above Court, together with this proof of service.


                                  ___/s/ Thomas G. Bousquet
                                  THOMAS G. BOUSQUET