**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **T-M VACUUM PRODUCTS, INC.,** | § | |
| | § | |
| | § | |
| **PLAINTIFF** | § | **CASE NO. 07-4108** |
| | § | |
| **VS.** | § | |
| | § | |
| **TAISC, INC., d/b/a GLOBALEASE** | § | |
| **SOLUTIONS,** | § | |
| | § | |
| **DEFENDANT** | § | |

**PLAINTIFF'S DISCLOSURES PURSUANT TO RULE 26(a)**

Plaintiff T-M Vacuum Products, Inc. ("T-M Vacuum") provides the following disclosures

pursuant to Fed.R.Civ.P. 26(a):

    **(a)**    **The names and, if known, the address and telephone number of each individual
likely to have discoverable information.**

        <u>T-M Vacuum personnel</u>:

        Fred T. Stuffer, President
        Ted Lotz, International Sales Manager
        Rennie Wessner, Vice President
        Jim Palombo, Regional Sales Manager
        Kenneth Schneider

        T-M Vacuum Products, Inc.
        630 S. Warrington St.
        P.O. Box 2248
        Cinnaminson, N.J. 08077
        Telephone (856) 892-2000

<u>GlobaLease personnel</u>:

John B. Berry
TAISC, Inc., d/b/a GlobaLease Solutions
1330 Post Oak Blvd., Suite 1600
Houston, Texas 77056
Telephone (800) 749-3905

<u>Ulba personnel</u>:

H. P. Mycnh
S. Dobrussin
V. Shevlyakov
V. Kuznetzov
N. R. Mussin, General Director
A. Gagarin, Chief Engineer
V. Dorohov, Purchase Manager
S. Zemlyak, Head of the Legal Department

Ulba Metallurgical Plant Joint Stock Company
102, Abay Ave.
070005 Ust-Kamenogorsk
Republic of Kazakhstan
Telephone:  3232-29-84-43

<u>Jim Palombo, Regional Sales Managr</u>
<u>Sheila Giordano, Project Manager</u>
Plansee USA, LLC
f/k/a Schwarzkopf Technologies
115 Constitution Blvd.
Franklin, MA 02038
Telephone (508) 553-3800

<u>Yury Malykh</u>
<u>Sergei Rusch</u>
SR Systematics Group GmbH
Rindermarkt 6, 80331 München
Telephone: 49(0)8926018067

**(b)**     **A copy of, or a description by category and location of, all documents, data
compilations, and tangible things**.

The agreements among the parties and the invoices for goods delivered are attached to the

Complaint.  T-M Vacuum is in the process of compiling its files on the transactions in question and will make same available for inspection and copying as soon as they are available.

**(c)     A computation of any category of damages.**

The following T-M Vacuum invoices remain due and owing under the Purchase Contract:

| Invoice No. | Date | Amount |
|---|---|---|
| 51019 | December 20, 2006 | $77,679.88 |
| 51298 | June 18, 2007 | 77,679.88 |
| 51290 | June 18, 2007 | 233,039.63 |
| 51477 | October 22, 2007 | 233,039.61 |
| TOTAL | | $621,439.00 |

**(d)     Production of any applicable insurance agreement.**

T-M Vacuum is not aware of any applicable insurance agreement.

Respectfully submitted,


By:      /s H. Miles Cohn
            H. Miles Cohn
            Texas State Bar 04509600
            1001 McKinney, Suite 1400
            Houston, Texas 77002-6420
            (713) 374-7020 (Phone)
            (713) 374-7049 (Fax)
            **ATTORNEY-IN-CHARGE FOR T-M VACUUM PRODUCTS, INC., PLAINTIFF/COUNTER-DEFENDANT**

3

OF COUNSEL:

Michelle V. Friery
Texas Bar No. 24040934
Sheiness, Scott, Grossman & Cohn, L.L.P.
1001 McKinney, Suite 1400
Houston, Texas 77002-6420
(713) 374-7015 (Phone)
(713) 374-7049 (Fax)
**ATTORNEYS FOR T-M VACUUM PRODUCTS, INC.,
PLAINTIFF/COUNTER-DEFENDANT**


### <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of Plaintiff's Disclosures was forwarded, by facsimile, this the 6th day of March, 2008, to Defendant's counsel:

Thomas G. Bousquet
9225 Katy Freeway, #103
Houston, Texas 77024
Facsimile (713) 827-0096


_____/s/ H. Miles Cohn_____
H. Miles Cohn