# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| T-M VACUUM PRODUCTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-4108 |
| | § | |
| TAISC, INC., d/b/a GLOBALEASE SOLUTIONS, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this court's orders, it is ordered that the plaintiff, T-M Vacuum Products, Inc., recover from defendant TAISC, Inc., d/b/a GlobaLease Solutions, the following amounts:

a.  damages in the amount of $621,439.00;

b.  prejudgment interest of $30,263.36 through May 31, 2008, plus additional prejudgment interest at the rate of $102.15 per day from June 1, 2008 to the date of this judgment; and

c.  postjudgment interest on all of the above at the rate of 2.25 % *per annum*.

GlobaLease Solutions's counterclaim against T-M Vacuum Products, Inc. is dismissed with prejudice and GlobaLease Solutions takes nothing from T-M Vacuum Products, Inc.

This is a final judgment.

  SIGNED on July 16, 2008, at Houston, Texas.

              _____
                  Lee H. Rosenthal
                United States District Judge