IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-M VACUUM PRODUCTS, INC. | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. H-07-4108 |
| V | § | |
| | § | |
| TAISC, INC. d/b/a GLOBAL | § | |
| LEASE SOLUTIONS | § | |
| Defendant | | |

### NOTICE OF APPEAL

Notice is hereby given that TAISC, INC. d/b/a GLOBAL LEASE SOLUTIONS, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the Memorandum and Order (final judgment), a copy of which is attached hereto as Exhibit "A", entered in this action on the 28th day of August, 2008.

Respectfully Submitted

BOUSQUET & DEVINE, P.C.

By ___\s_____
THOMAS G. BOUSQUET
State Bar # 02717000
9225 Katy Freeway #103
Houston, Texas 77024
(713) 827-8000
(713) 827-0096 (fax)
ATTORNEY FOR DEFENDANT

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above instrument has been served on this __3rd__ day of ____September, 2008 by mailing the same by certified mail, return receipt requested to:

H. Miles Cohn  
Sheiness, Scott, Grossman & Cohn  
1001 McKinney, Suite 1400  
Houston, TX 77002

                                    _____\s_____  
                                    THOMAS G. BOUSQUET