## Miles Cohn

**From:** Tom Bousquet [tgb@bousquetjackson.com]
**Sent:** Tuesday, October 21, 2008 10:44 AM
**To:** Miles Cohn
**Subject:** Re: T-M Vacuum v. GlobaLease

Oct 29 at 9:30 in my office

> ----- Original Message -----
> **From:** Miles Cohn
> **To:** Tom Bousquet
> **Cc:** John B. Berry
> **Sent:** Tuesday, October 21, 2008 9:30 AM
> **Subject:** FW: T-M Vacuum v. GlobaLease
>
> Have you been able to confirm the proposed date and time?  Please let me know asap so I can mark my calendar before other things fill that day.
>
> Miles
>
> ---
>
> **From:** Miles Cohn
> **Sent:** Monday, October 20, 2008 2:01 PM
> **To:** 'Tom Bousquet'
> **Cc:** John B. Berry
> **Subject:** RE: T-M Vacuum v. GlobaLease
>
> That works for me.
>
> As soon as Mr. Berry confirms, I will send an amended notice with the new date and place.
>
> Miles
>
> ---
>
> **From:** Tom Bousquet [mailto:tgb@bousquetjackson.com]
> **Sent:** Monday, October 20, 2008 10:16 AM
> **To:** Miles Cohn
> **Cc:** John B. Berry; Tom Bousquet
> **Subject:** Re: T-M Vacuum v. GlobaLease
>
> I am suggesting October 29 at 9:30 in my office to John and will confirm when I hear from him.
>
> Tom
>
> -- Original Message -----
>
>> **From:** Miles Cohn
>> **To:** Tom Bousquet
>> **Sent:** Saturday, October 18, 2008 9:58 AM



EXHIBIT B

10/29/2008