IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-M VACUUM PRODUCTS, INC., | § § | |
| PLAINTIFF | § § | CASE NO. 07-4108 |
| VS. | § § § | |
| TAISC, INC., d/b/a GLOBALEASE SOLUTIONS, | § § § | |
| DEFENDANT | § § | |

### DECLARATION OF H. MILES COHN IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN AWARD OF ATTORNEY'S FEES IN CONNECTION WITH PLAINTIFF'S MOTION TO COMPEL POST-JUDGMENT DISCOVERY

1. My name is H. Miles Cohn. I am the attorney in charge for the Plaintiff, T-M Vacuum Products, Inc. I have personal knowledge of each of the matters stated herein, all of which are true and correct.

2. I graduated from Harvard Law School in 1980. I served for one year as a law clerk for the Honorable Carolyn Dineen King, Judge on the United States Court of Appeals for the Fifth Circuit. Since 1981, I have been engaged in the active practice of law in Houston, focusing on commercial litigation and business bankruptcy disputes. I am familiar with attorney's fees customarily charged in commercial litigation in Houston.

3. I first noticed Defendant's post-judgment deposition on August 4, 2008. Defendant's counsel requested an extension of the deposition date, after which I had a number of telephone calls and emails with Defendant's counsel and sent two letters requesting a new date. We eventually agreed on a deposition date, but on the eve of that date, I was advised by Defendant's counsel that the deponent, Mr. Berry, was in Bulgaria and would not attend. I then prepared Defendant's Motion to Compel Post-Judgment Discovery, a proposed Order Compelling Discovery, this Declaration, a Motion for Expedited Hearing, and a proposed Order Setting Expedited Hearing. I estimate that through the disposition of the Motion to Compel, I will have worked approximately 4 hours in connection with the Motion to Compel, which at my hourly rate of $275, amounts to attorney's fees of approximately $1,100.

4. In my opinion, $1,100 is reasonable and necessary for the legal work required in connection with Plaintiff's Motion to Compel.


EXHIBIT E

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of October, 2008.

                                                   /s/ H. Miles Cohn
                                                    H. Miles Cohn