UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| T-M Vacuum Products, Inc. | § § § § CIVIL ACTION NUMBER § 07-4108 § § § § |
| versus | |
| TAISC, Inc. d/b/a GlobaLease Solutions | |

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date Judgment Entered: | July 16, 2008 |
| Judgment in Favor of: | Plaintiff |
| Judgment Against: | Defendant |
| Amount of Judgment: | $ 656,401.26 |
| Amount of Costs: | $ |
| Rate of Interest: | 2.25 % |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

MICHAEL N. MILBY, Clerk

DATED: 2/04/2009        By: _____
                                (Deputy Clerk)

SDTX (abstjdm) 07/13/98