Southern District of Texas
FILED

AUG 0 6 2009

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 31, 2009

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Avenue
Room 1217
Houston, TX 77002

   No. 08-20585,  T-M Vacuum Products v. TAISC Inc
        USDC No. 4:07-CV-4108

Enclosed, for the Southern District of Texas, Houston only, is a copy of the judgment issued as the mandate.

Enclosed, for the Southern District of Texas, Houston only, is a copy of the court's opinion.

The electronic copy of the record (4 vols.) has been recycled.


                              CHARLES R. FULBRUGE III, Clerk

                              By: /s/ Claudia N. Farrington
                              Claudia N. Farrington, Deputy Clerk
                              504-310-7706

cc: (letter only)
    Mr. Thomas G Bousquet
    Mr. H Miles Cohn
    Honorable Lee H. Rosenthal

P.S. to Judge Rosenthal:  A copy of the opinion was sent to your office via email the day it was filed.